UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD SHARIF, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:05-CV-01367-B |
| | § | |
| WELLNESS INTERNATIONAL | § | |
| NETWORK, LTD a/k/a WIN; et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's memorandum orders of May 9, 2007 (granting in part and denying in part Defendants' motion to dismiss pursuant to Federal Rules 9(b) and 12(b)(6)) and July 16, 2007 (granting Defendants' motion for summary judgment), it is ORDERED, ADJUDGED, and DECREED that Plaintiffs Richard Sharif (as agent for Soad Wattar, Haifa Kaj and Ragda Sharifeh), Waqar and Shafqut Khan, and Abdul and Shaheen Rashid take nothing on their claims against Defendants Wellness International Network, Ltd a/k/a WIN, WIN Network, Inc., Ralph Oats, Cathy Oats, and Sheri Matthews and that all of Plaintiffs' claims be, and they are hereby, DISMISSED with prejudice.  Costs shall be assessed against Plaintiffs in accordance with Rule 54(d), Federal Rules of Civil Procedure.

SO ORDERED.

SIGNED July 17, 2007

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE